UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Osmani Carvajal

Case No.   13-20428-RAM

Chapter 7

_____/

# TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE PURSUANT TO 11 U.S.C. §363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)

**Pursuant to Fed. R. Bankr. P. 6004 and Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of hearing or order if no objection to the use, sale or lease is filed within 21 from the date of service of this notice.**

Maria M. Yip (the "Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Osmani Carvajal (the "Debtor"), files this Motion (the "**Motion**") to sell the Debtor's bankruptcy estate's right, title and interest in and to certain real property via private sale to NW88 Land Trust (the "**Buyer**"), subject to all liens, claims, encumbrances, and interests, pursuant to 11 U.S.C. § 363(b), Fed. R. Bank. P. 6004(f) and Local Rule 6004-1(D), and in support thereof the states as follows:

1. This is a voluntary chapter 7 bankruptcy case.

2. As set forth in the Debtor's bankruptcy schedules, the Debtor are the owner of certain real property commonly known as 15125 NW 88 Court, Miami Lakes, FL 33018 (the "**Property**"). The Debtor does not claim this Property as exempt.

3. Based upon Trustee's review, the Debtor's bankruptcy estate has no equity in the Property. The Trustee had initially planned to abandon the Property; however, the Buyer has agreed to pay the Trustee the sum of $5,050.00 for the benefit of creditors, in exchange for the Trustee's conveyance of all of the Debtor's bankruptcy estate's right, title and interest in and to the Property. A copy of the Agreement is annexed hereto.

4. Buyer agrees to reimburse the Estate for the costs associated with the service of the Trustee's Motion and Proposed Order to all creditors, not to exceed $100.00.

5. The proposed sale is subject to all existing liens, claims, encumbrances, and interests. The sale is further without representation or warranties and the Property is being taken "AS IS" "WHERE IS" with all faults and conditions.

6. In light of the fact that the Trustee was going to otherwise abandon the Property, this sale is clearly a benefit to the estate.

7. The Trustee is not seeking relief under 11 U.S.C. §§ 363(f), (g) or (h).

8. Based upon the foregoing, the Trustee respectfully request the entry of an Order authorizing her to sell the Estate's right, title and interest in and to the Property pursuant to 11 U.S.C. § 363(b) to Buyer for the sum of $5,050.00

**WHEREFORE**, the Trustee respectfully requests the entry an order, substantially in the form attached hereto, granting the relief requested herein and awarding any additional relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing will be served to all parties on the attached service list and was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the following on June 14, 2013:

Atlas Acquisitions
bk@atlasacq.com

Amber M Kourofsky on behalf of Creditor Wells Fargo Bank, N.A.
bkfl@albertellilaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Aileen Torrens on behalf of Debtor Osmani Carvajal
aileen@torrenslaw.com, atovar@legalhelpgroup.com

Signed:   /s/ Maria M. Yip, Trustee
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

AGREEMENT TO PURCHASE ESTATE'S INTEREST IN REAL PROPERTY
PURSUANT TO 11 U.S.C. § 363(b) IN CASE STYLED
*In re Osmani Carvajal et al.*, Case No. 13-20428 RAM, pending in the
U.S. Bankruptcy Court for the Southern District of Florida, Miami Division ("Bankruptcy Court")

NW88 LAND TRUST, (the "Buyer"), hereby offers to purchase from Maria Yip ("Seller"), the duly appointed and acting Chapter 7 trustee for the bankruptcy estate of Osmani Carvajal, the following asset on the following terms and conditions:

1. Asset. The asset to be acquired pursuant to this offer consists of the Seller's right, title, and interest in and to that certain real property commonly known as 15125 N.W. 88 Court, Miami Lakes, Florida 33018 (the "Asset").

2. Purchase Price. Cash in the amount of Five Thousand Fifty Dollars ($5,050.00) (the "Purchase Price").

3. Terms. The sale of the Asset will be "AS IS, WHERE IS" with all faults and conditions, shall contain no representations and warranties from the Seller, and will be subject to all liens, claims, encumbrances, and interests whether known or unknown. Buyer has not relied upon any information or documentation provided by the Seller or any agent of the Seller in entering into this Agreement.

4. Closing. Closing will be within 3 business days that the proposed sale herein is authorized pursuant to the terms of Local Rule 6004-1(D). At closing, the Buyer shall pay Seller cash in an amount equal to the Purchase Price. In exchange, Seller will deliver the attached original executed trustee's deed to the Buyer pursuant to the terms set forth above. The Buyer shall be responsible for payment of any and all fees and taxes imposed by any governmental agency arising from or related to the sale of the asset such as, but not limited to, sales taxes, documentary stamps, recording fees and other similar expenses.

5. Miscellaneous Provisions. Buyer acknowledges that Seller must file a motion in the Debtor's bankruptcy case pursuant to Local Rule 6004-1(D) before closing the transaction contemplated herein. This Agreement represents the entire agreement of the parties hereto and supersedes all other agreements between the parties, whether oral or in writing, concerning the Asset. This Agreement shall be construed in accordance with the laws of the State of Florida. Jurisdiction over any dispute under this Agreement shall be in the Bankruptcy Court presiding over the Debtor's bankruptcy estate. This Agreement may be executed in separate counterparts and facsimile signatures shall be deemed originals.

NW88 LAND TRUST

By _____
Name: Jean Norton
Title: Director

Accepted on June 17, 2013
_____
Maria Yip, not individually, but solely as
Chapter 7 trustee for the bankruptcy estate
of Osmani Carvajal

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-20428-RAM<br>Southern District of Florida<br>Miami<br>Fri Jun 14 17:31:12 EDT 2013 | Atlas Acquisitions<br>294 Union St<br>Hackensack, NJ 07601-4303 | Wells Fargo Bank, N.A.<br>PO BOX 23028<br>Tampa, FL 33623-2028 |
| Aames Home/Accredited Home Lenders/Capit<br>Attn: Special Processing<br>Po Box 85135<br>Richmond, IN 23285-5135 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Ford Motor Credit Corporation<br>Ford Motor Credit<br>Po Box 6275<br>Dearborn, MI 48121-6275 | Gecrb/city Furniture<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jefferson Capital<br>16 Mcleland Rd<br>Saint Cloud, MN 56303-2198 | Litton Loan Servicing<br>4828 Loop Central Dr<br>Houston, TX 77081-2166 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Wachovia Mortgage/World Savings and Loan<br>Attn: Bankruptcy Dept.(T7419-015)<br>Po Box 659558<br>San Antonio, TX 78265-9558 |
| Aileen Torrens<br>8045 NW 155 St<br>Miami Lakes, FL 33016-5874 | Maria Yip<br>201 Alhambra Cir # 501<br>Coral Gables, FL 33134-5105 | Osmani Carvajal<br>15125 NW 88 CT<br>Hialeah, FL 33018-1351 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Services
P.O. BOX 1686
Birmingham, AL 35201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients    2<br>Total                  19 |

PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 13-20428-RAM |
| Osmani Carvajal | Chapter 7 Proceeding |
| Debtor(s)_____ / | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SELL
ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE
PURSUANT TO
11 U.S.C. § 363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

THIS CAUSE came before the Court upon consideration of the *Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. §363(B), Fed. R. Bankr. P. 6004(F), and Local Rule 6004-1(D)* ("Motion") filed by Maria Yip ("Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Osmani Carvajal ("Debtor"). The Court, noting that the Motion was served on all creditors and parties in interest, that no objection was filed to the Motion, and finds that the relief sough in the Motion is

reasonable and in the best interest of the creditors and the Debtor's bankruptcy estate, and being otherwise fully advised in the premises, hereby, **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to take any and all actions and execute any and all documents necessary to effectuate the sale of 15125 NW 88 Court, Miami Lakes, FL 33018 to NW88 Land Trust pursuant to the terms of the Agreement to Purchase Estate's Interest in Real Property Pursuant to 11 U.S.C. § 363(b).

3. The Court retains jurisdiction to modify, interpret or enforce the terms of the Agreement.

###

**Submitted by:**
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee
*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*