UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Yansy Montesino                                    Case No.   13-15908-LMI

                                                   Chapter 7


_____/

**CERTIFICATE OF NO RESPONSE TO MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE PURSUANT TO 11 U.S.C. §363 (B), FED R. BANKR. P. 600.4(F) AND LOCAL RULE 6004-1 (D) and
<u>REQUEST FOR ENTRY OF ORDER</u>**

     Maria M. Yip, Chapter 7 Trustee for the above styled bankruptcy estate, filed a Motion to Sell Estate's Interest In Real Property Via Private Sale Pursuant To 11 U.S.C. §363 (B), Fed R. Bankr. P. 600.4(F) and Local Rule 6004-1 (D**)** and represents the following:

1. The Motion was filed May 2, 2013, on negative notice pursuant to Local Rule 9013-1(D). The Motion was timely served on all interested parties pursuant to the above referenced Local Rule.

2. The Motion contained the bulletin required by the above referenced rule.

3. The deadline for filing a response to the Motion was May 23, 2013.

4. The docket confirms that there were no responses to the Motion.

     **WHEREFORE,** Trustee Yip requests the entry of an Order, in the form which accompanies this certificate, granting the requested relief.

DATED: June 6, 2013

                                    Signed:_____/s/ Maria M. Yip, Trustee_____
                                                Maria M. Yip, Trustee
                                                201 Alhambra Circle, Suite 501
                                                Coral Gables, FL 33134
                                                Telephone:  305-908-1862
                                                Facsimile:   786-800-3903
                                                trustee@yipcpa.com