UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Yansy Montesino

Case No.   13-15908-LMI

Chapter 7

_____/

**TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE PURSUANT TO 11 U.S.C. §363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

**Pursuant to Fed. R. Bankr. P. 6004 and Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of hearing or order if no objection to the use, sale or lease is filed within 21 from the date of service of this notice.**

Maria M. Yip (the "Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Yansy Montesino (the "Debtor"), files this Motion (the "**Motion**") to sell the Debtor's bankruptcy estate's right, title and interest in and to certain real property via private sale to ALR138 LAND TRUST (the "**Buyer**"), subject to all liens, claims, encumbrances, and interests, pursuant to 11 U.S.C. § 363(b), Fed. R. Bank. P. 6004(f) and Local Rule 6004-1(D), and in support thereof the states as follows:

1. This is a voluntary chapter 7 bankruptcy case.

2. As set forth in the Debtor's bankruptcy schedules, the Debtor is the owner of certain real property commonly known as 3611 SW 138th Ave, Miami, FL 33175 (the "**Property**"). The Debtor does not claim this Property as exempt.

3. Based upon Trustee's review, the Debtor's bankruptcy estate has no equity in the Property. The Trustee had initially planned to abandon the Property; however, the Buyer has agreed to pay the Trustee the sum of $5,000.00 for the benefit of creditors, in

exchange for the Trustee's conveyance of all of the Debtor's bankruptcy estate's right, title and interest in and to the Property. A copy of the Agreement is annexed hereto.

4. Buyer agrees to reimburse the Estate for the costs associated with the service of the Trustee's Motion and Proposed Order to all creditors, not to exceed $100.00.

5. The proposed sale is subject to all existing liens, claims, encumbrances, and interests. The sale is further without representation or warranties and the Property is being taken "AS IS" "WHERE IS" with all faults and conditions.

6. In light of the fact that the Trustee was going to otherwise abandon the Property, this sale is clearly a benefit to the estate.

7. The Trustee is not seeking relief under 11 U.S.C. §§ 363(f), (g) or (h).

8. Based upon the foregoing, the Trustee respectfully request the entry of an Order authorizing her to sell the Estate's right, title and interest in and to the Property pursuant to 11 U.S.C. § 363(b) to Buyer for the sum of $5,000.00.

**WHEREFORE**, the Trustee respectfully requests the entry an order, substantially in the form attached hereto, granting the relief requested herein and awarding any additional relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing will be served to all parties on the attached service list and was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the following on July 9, 2013:

Omar J Arcia on behalf of Debtor Yansy Montesino
aarchila@arcialawfirm.com, orodriguez@arcialawfirm.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Signed:  /s/ Maria M. Yip, Trustee
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone:  305-908-1862
Facsimile:  786-800-3903
trustee@yipcpa.com

AGREEMENT TO PURCHASE ESTATE'S INTEREST IN REAL PROPERTY
PURSUANT TO 11 U.S.C. § 363(b) IN CASE STYLED
*In re Yansy Montesino et al.*, Case No. 13-15908-LMI pending in the
U.S. Bankruptcy Court for the Southern District of Florida, Miami Division ("Bankruptcy Court")

ALR138 LAND TRUST (the "Buyer"), hereby offers to purchase from Maria M. Yip ("Seller"), the duly appointed and acting Chapter 7 trustee for the bankruptcy estate of Yansy Montesino, the following asset on the following terms and conditions:

1. Asset. The asset to be acquired pursuant to this offer consists of the Seller's right, title, and interest in and to that certain real property commonly known as 3611 SW 138th Avenue Miami, Florida 33175 (the "Asset").

2. Purchase Price. Cash in the amount of Five Thousand Dollars ($5,050.00) (the "Purchase Price").

3. Terms. The sale of the Asset will be "AS IS, WHERE IS" with all faults and conditions, shall contain no representations and warranties from the Seller, and will be subject to all liens, claims, encumbrances, and interests whether known or unknown. Buyer has not relied upon any information or documentation provided by the Seller or any agent of the Seller in entering into this Agreement.

4. Closing. Closing will be within 3 business days that the proposed sale herein is authorized pursuant to the terms of Local Rule 6004-1(D). At closing, the Buyer shall pay Seller cash in an amount equal to the Purchase Price. In exchange, Seller will deliver the attached original executed trustee's deed to the Buyer pursuant to the terms set forth above. The Buyer shall be responsible for payment of any and all fees and taxes imposed by any governmental agency arising from or related to the sale of the asset such as, but not limited to, sales taxes, documentary stamps, recording fees and other similar expenses.

5. Miscellaneous Provisions. Buyer acknowledges that Seller must file a Trustee's Notice of Proposed Sale of Assets in the Debtor's bankruptcy case pursuant to Local Rule 6004-1(D) before closing the transaction contemplated herein. This Agreement represents the entire agreement of the parties hereto and supersedes all other agreements between the parties, whether oral or in writing, concerning the Asset. This Agreement shall be construed in accordance with the laws of the State of Florida. Jurisdiction over any dispute under this Agreement shall be in the Bankruptcy Court presiding over the Debtor's bankruptcy estate. This Agreement may be executed in separate counterparts and facsimile signatures shall be deemed originals.

ALR138 LAND TRUST

By: _____

Name: Jean Nocton

Title: Director

Accepted on MAY 1, 2013

_____
Maria M. Yip, not individually, but solely as
Chapter 7 trustee for the bankruptcy estate
of Yansy Montesino

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-15908-LMI<br>Southern District of Florida<br>Miami<br>Tue Jul  9 11:46:17 EDT 2013 | Amc Mortgage<br>505 City Parkway West<br>Orange, CA 92868-2924 | Amex<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| Cavalry SPV I, LLC as assignee of Chrysler<br>Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Cavalry SPV II, LLC as assignee of GE Money<br>Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Citifinancial<br>300 Saint Paul Place<br>Baltimore, MD 21202-2120 | Citirl<br>10801 6th Street<br>Rancho Cucamon, CA 91730-5977 | Complete Healthcare Medical Center, Inc.<br>10740 W Flagler Street, Suite 4<br>Miami, FL 33174-4405 |
| ER Medical & Urgent Care Centers, Inc<br>11490 Quail Roost Drive<br>Miami, FL 33157-6575 | GE Money Bank<br>P.O Box 530912<br>Atlanta, GA 30353-0912 | Gecrb<br>345 Saint Peter St<br>Saint Paul, MN 55102-1211 |
| Gecrb/Home Impr Non Li<br>Po Box 6153<br>Rapid City, SD 57709-6153 | Gecrb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 | Gmac<br>P O Box 380901<br>Bloomington, MN 55438-0901 |
| Gree Tree<br>P.O. Box 94710<br>Palatine, IL 60094-4710 | Homeward Residential<br>1525 S Belt Line Rd<br>Coppell, TX 75019-4913 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 |
| Jpm Chase<br>2000 Marcus Avenue<br>New Hyde Park, NY 11042-1036 | Kendall Regional Medical Center<br>P.O. Box 99400<br>Louisville, KY 40269-0400 | Key Recovery<br>127 Public Sq<br>Cleveland, OH 44114-1217 |
| KeyBank<br>P.O. Box 94722<br>Cleveland, OH 44101-4722 | Lady of America<br>P.O. Box 497<br>Miami, FL 33175 | Marshall C. Watson, P.A.<br>1800 NW 49th Street, Suite 120<br>Fort Lauderdale, FL 33309-3092 |
| New Hope Community Mental Health Center<br>11468 Quail Roost Drive<br>Miami, FL 33157-6575 | Nrs/Receivia (Original Creditor:Sheridan<br>Po Box 8005<br>Cleveland, TN 37320-8005 | Ocwen Loan Servicing, LLC.<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 |
| Ody Auto Sales<br>100 East 9th Street<br>Hialeah, FL 33010-4212 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Portfolio<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502-4962 |

| | | |
|---|---|---|
| Portfolio Rc (Original Creditor:Capital<br>287 Independence<br>Virginia Beach, VA 23462-2962 | Regions Bank<br>2610 SW 137th Avenue<br>Miami, FL 33175-6314 | Sears/Cbna<br>133200 Smith Rd<br>Cleveland, OH 44130 |
| Sheridan Emergency Physicians Services<br>c/o NRS<br>PO Box 8005<br>Cleveland, TN 37320-8005 | Specialized Loan Service<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129-2386 | Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 |
| Total Bank<br>11424 Quail Roost<br>Miami, FL 33157-6574 | Maria Yip<br>201 Alhambra Cir # 501<br>Coral Gables, FL 33134-5105 | Omar J Arcia<br>3350 SW 148th Ave #405<br>Miramar, FL 33027-3282 |
| Yansy Montesino<br>3611 SW 138th Avenue<br>Miami, FL 33175-7232 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Hsbc Bank
Po Box 52530
Carol Stream, IL 60196

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    39
Bypassed recipients     1
Total                  40

PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In Re:                                           Case No. 13-15908-LMI

Yansy Montesino                                  Chapter 7 Proceeding
AKA Yansy Ibarra


_____Debtor(s)_____    /

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SELL
ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE
PURSUANT TO
11 U.S.C. § 363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

THIS CAUSE came before the Court upon consideration of the *Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. §363(B), Fed. R. Bankr. P. 6004(F), and Local Rule 6004-1(D)* ("Motion") filed by Maria M. Yip ("Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Yansy Montesino ("Debtor"). The Court, noting that the Motion was served on all creditors and

parties in interest, that no objection was filed to the Motion, and finds that the relief sough in the Motion is reasonable and in the best interest of the creditors and the Debtor's bankruptcy estate, and being otherwise fully advised in the premises, hereby, **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to take any and all actions and execute any and all documents necessary to effectuate the sale of 3611 SW 138th Ave, Miami, FL 33175 to ALR138 LAND TRUST pursuant to the terms of the Agreement to Purchase Estate's Interest in Real Property Pursuant to 11 U.S.C. § 363(b).

3. The Court retains jurisdiction to modify, interpret or enforce the terms of the Agreement.

###

**Submitted by:**
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee
*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*